# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| PHILIP LEE COLLIER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 16-00915-CV-W-DW-SSA |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the Commissioner's decision is AFFIRMED.

Dated:   June 27, 2017              PAIGE WYMORE-WYNN
                                    Clerk of Court

Entered: June 28, 2017              /s/ T. Moore
                                    (By) Deputy Clerk